UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:23-cv-01243

DIANA PERCIVAL,

      Plaintiff,

v.

SHERIFF CHAD CHRONISTER, *in his official capacity*
DEPUTY MARCOS PERERA, *individually*,
DEPUTY JORDAN BRIZENDINE, *individually*,
DAVID A. LEDUC, and
ALARM MONITORING & SERVICE, INC.

      Defendants.
_____/

## PLAINTIFF'S MOTION TO CONDUCT MEDIATION VIA VIDEOCONFERENCE

Plaintiff, DIANA PERCIVAL, by and through the undersigned counsel, files this Motion to Conduct Mediation via Videoconference ("Motion"), and states as follows:

1. The Court entered a Case Management and Scheduling Order on September 5, 2023 (DE 41) ("Scheduling Order").

2. Per the Scheduling Order, the parties are required to conduct an in-person mediation unless good cause exists to conduct the mediation via videoconference. *See id.* at ¶ 3.

1

3. Accordingly, Plaintiff respectfully requests the mediation to be held via Zoom because Plaintiff's lead counsel resides in Miami, Florida.

4. Plaintiff notes that counsel for Sheriff Chronister and Deputies Brizendine and Perera prefers mediation to be conducted in person. However, a virtual mediation offers a practical and effective solution to alleviate the burden of travel and its respective costs.

5. Thus, good cause exists in the record.

6. The Motion is not presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation. This Motion is filed in good faith and for the purpose of requesting a virtual mediation.

WHEREFORE, Plaintiff, DIANA PERCIVAL, respectfully requests the Court to grant this Motion and enter an Order granting Plaintiff's request to conduct the mediation via Zoom.

Respectfully submitted,

/s/ Jeremy McLymont, Esq.
AsiliA Law Firm, P.A.
33 SW 2nd Ave. Ste. 1100
Miami, FL 33130
Tel. (786) 420.3014
Fax (813) 549.2896
Jeremy@asilialaw.com
Florida Bar No.1010776
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of October 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Jeremy McLymont*
Jeremy McLymont, Esq.
Florida Bar No. 1010776

**LOCAL RULE 3.01(G) CERTIFICATION**

I HEREBY CERTIFY that I conferred with opposing counsel, Christopher E. Brown, Esq., counsel for Sheriff Chronister and Deputies Brizendine and Perera, and his preference is to conduct the mediation in-person.

By: */s/ Jeremy McLymont*
Jeremy McLymont, Esq.
Florida Bar No. 1010776