UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:23-mj-2348-EJK

JOSHUA JOSEPH GRAY
GEORGE DOUGLAS METZ

### UNITED STATES' NOTICE OF THE ELEMENTS, DISCOVERY, AND RULE 404(b) EVIDENCE

Pursuant to the Court's Scheduling Order (Doc. 21), the United States, files the following statement of the elements and discovery notice.

### Statement of the Elements

The defendants are each charged with multiple counts of violating two regulations: 41 C.F.R. § 102-74.385 and 41 C.F.R. § 102-74.420.

The elements of 41 C.F.R. § 102-74.385 are:

(1) The defendant was in or on Federal property; and

(2) The defendant knowingly failed to comply with official signs of a prohibitory, regulatory, or directory nature, or with the lawful direction of Federal police officers or other authorized individuals.

The elements of 41 C.F.R. § 102-74.420 are:

(1) The defendant was in or on Federal property;

(2) The defendant took one or more photographs; and

>(3) Such photograph(s) was (were) prohibited by security regulations, rules, orders, or directives, or by a Federal court order or rule, or such photograph(s) was (were) of a space occupied by a tenant agency for non-commercial purposes without the permission of the occupying agency, or such photograph(s) was (were) of a space occupied by a tenant agency for commercial purposes without the written permission of an authorized official of the occupying agency.

## Discovery Notice

The government provides the following responses to the Court's discovery order set forth in section I.A of the Scheduling Order (Doc. 21).

The defendants were not identified in any lineup, showup, photo spread, or similar identification proceeding (Doc. 21, ¶ I.A.(3)).

There have been no intercepts of wire or oral communications (*Id.* at ¶ I.A.(4)).

There are no latent fingerprints or palm prints (*Id.* at ¶ I.A.(5)).

Jencks Act material will be provided three days before trial (*Id.* at ¶ I.A.(6)).

The government has provided the defense the discovery items listed in paragraphs (I)(A)(7)(a)-(d), (f), and (h).

There have been no physical or mental examinations or scientific tests or experiments (*Id.* at ¶ I.A.(7)(g)).

## Rule 404(b) Notice

Pursuant to paragraph I.A.(7)(e) of the Court's Scheduling Order and Rule 404(b) of the Federal Rules of Evidence, the government provides the following 404(b) notice.

The government intends to offer evidence, including a videorecording, of defendant Metz's involvement in an unauthorized photography incident at the Social Security Field Office on Frontage Road in Tampa, Florida, on or about November 4, 2019. During the incident, Metz was advised orally by authorized individuals and visually by signage of the regulations at issue in this case and the prohibition on photography inside Social Security offices, and he acknowledged these rules. The government will offer this evidence for the permitted purpose of showing Metz's knowledge of the regulations and prohibition on photography inside Social Security offices and his intent to violate those rules. The reasoning is that this evidence shows that Metz was aware of the rules and prohibition on photography when he videorecorded inside Social Security offices on various dates in January 2023, as charged in Counts 3-8 of the Information.

The United States recognizes its continuing duty to disclose discovery that comes into counsel's possession after the date of this filing and will comply with that duty in accordance with paragraph III.B of the Scheduling Order.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: <u>/s/ Matthew J. Del Mastro</u>
Matthew J. Del Mastro
Special Assistant United States Attorney
USAO No. 203
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail: matthew.del.mastro@usdoj.gov

U.S. v. Gray and Metz                               Case No. 6:23-mj-2348-EJK

## CERTIFICATE OF SERVICE

In accordance with the Court's Scheduling Order directing that the foregoing be filed and served on the defendants and their counsel (Doc. 21), I hereby certify that on December 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Ryan, Esq.

I further certify that the foregoing will be served on the following non-CM/ECF participants by U.S. mail:

Katherine Henry, Esq.

Joshua Joseph Gray

George Douglas Metz

> By:  /s/ Matthew J. Del Mastro
> Matthew J. Del Mastro
> Special Assistant United States Attorney
> USAO No. 203
> 400 W. Washington Street, Suite 3100
> Orlando, Florida 32801
> Telephone:  (407) 648-7500
> Facsimile:   (407) 648-7643
> E-mail: matthew.del.mastro@usdoj.gov