UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No: 23-MJ-2348-EJK

JOSHUA JOSEPH GRAY
GEORGE DOUGLAS METZ
_____

**DEFENDANT GRAY'S NOTICE OF STANDBY COUNSEL**

NOW COMES Defendant, JOSHUA JOSEPH GRAY, by and through his Standby Counsel, KATHERINE HENRY, and files this Notice:

1. At the December 13, 2023 arraignment, Defendant Gray made a motion to have the assistance of counsel from Attorney Katherine Henry, which was granted.

2. During this hearing, Defendant Gray asked the court if he could have Katherine Henry appointed as "second chair" or Standby Counsel, to which the Court replied that he could.

3. Later in the hearing, Defendant Gray asked the court if he needed to decide right at that moment if Katherine Henry would "fully represent" him or rather just serve as "second chair" (Standby Counsel), to which the Court answered that he did not need to decide at that hearing.

1

4. Defendant Gray has decided to have Attorney Katherine Henry appear as his Standby Counsel.

5. Given the potential complexities with the US Attorneys Office communicating directly with a Defendant in such a situation, Katherine Henry has been facilitating communication with the US Attorneys Office on behalf of Defendant Gray. Likewise, she has forwarded the necessary communications onto Defendant Gray.

6. Both Defendant Gray and Standby Counsel Katherine Henry will appear at all future court appearances.

7. Defendant Gray will make and/or respond to any motions, prepare discovery and related notices, etc., on his own, but Standby Counsel Katherine Henry will file any such documents through CM/ECF on his behalf, unless the court directs otherwise.

Dated: January 12, 2024        /s/ *Katherine L. Henry*
                               Katherine L. Henry (P71954),
                               Defendant Gray's Standby Counsel

2