Are UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:23-mj-2348-EJK

JOSHUA JOSEPH GRAY
GEORGE DOUGLAS METZ

AUSA: Matthew Del Mastro

Defense Attorney: Katherine Henry, Retained Counsel
Michael Ryan, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **January 17, 2024**<br>9:09 A.M.-9:21 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 12 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | N/A | PRETRIAL/PROB: | No Appearance |

CLERK'S MINUTES
STATUS CONFERENCE

Case called, appearances made, procedural setting by the Court.
Unopposed Motion to Continue Trial (doc 26) is GRANTED.
Trial set April 3, 2024 @ 9:00 am.
Status Conference and any dispositive motions filed set March 20, 2024 @ 9:00 am.
Dispositive Motions deadline March 1, 2024- Reponses due by March 15, 2024.
Court adjourned.