# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                             CASE NO: 6:23-mj-2348-EJK

JOSHUA JOSEPH GRAY
GEORGE DOUGLAS METZ

AUSA: Matthew Del Mastro
Defense Attorney:
Pro Se/Katherine L. Henry- Pro Hac Vice
James Skuthan, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD** United States Magistrate Judge  4C | DATE AND TIME: | **May 17, 2024** 9:02 A.M.-9:41 A.M. 10:01 A.M.-10:11 A.M. |
| --- | --- | --- | --- |
| Courtroom: | | TOTAL TIME: | **49 MIN** |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Amie First/ amiefirst.courtreporter@gmail.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | N/A |

**CLERK'S MINUTES**
**BENCH TRIAL- DAY 2**

Case called, appearances taken, procedural setting by the Court.
Counsel for Defendant George Metz cross examination of witness Officer Fareez Mohammed.
Government re-direct of witness Officer Fareez Mohammed.
Government rests.
Defendant Joshua Gray renews Motion to Dismiss.
Counsel for Defendant George Metz Motion for Judgement of Acquittal.
Government Responds.
Court takes under advisement.
Counsel for Defendant George Metz renews all objections previously made.
Court took recess.
Court back in session.
Defendant Joshua Gray rests.
Counsel for George Metz rests.

Parties to submit brief and summation by Friday, June 28, 2024.
Responses due Friday, July 19, 2024.
Court adjourned.