# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                             **CASE NO: 6:23-mj-2348-EJK**

**JOSHUA JOSEPH GRAY**
**GEORGE DOUGLAS METZ**

AUSA: Matthew Del Mastro

Defense Attorney: Pro Se-Katherine Henry, Retained Co-Counsel/James Skuthan-Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **July 18, 2024**<br>10:02 A.M.-11:08 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 1 hour and 6 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/<br>webforms/digital-recording-<br>transcript-request-form |
| INTERPRETER: | None | PRETRIAL/PROB: | |

## CLERK'S MINUTES
### ORAL ARGUMENT

Case called, appearances made, procedural setting by the Court.
Defendant Gray proceeds with oral argument.
Defense Counsel J. Skuthan proceeds with oral argument including renewed Motion for Judgement of Acquittal and Motion to Dismiss.
Government proceeds with oral argument.
Pending Motions taken under advisement.