UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 6:23-mj-2348-EJK

JOSHUA JOSEPH GRAY
GEORGE DOUGLAS METZ

### NOTICE OF MAXIMUM PENALTIES

In accordance with the Court's Order (Doc. 74), the United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, hereby files this Notice of Maximum Penalties, stating as follows:

### PENALTY

Each of the counts charged in the Information (Doc. 1, Counts One through Eight), is a violation of Title 41 of the Code of Federal Regulations (C.F.R.), Subpart C. The maximum penalty for each of these offenses is 30 days' imprisonment and a fine of up to $5,000. 41 C.F.R. § 102-74.450 (citing Title 18 of the United States Code (U.S.C.)); *see also* 18 U.S.C. §§ 3559 (offenses carrying a term of imprisonment of up to 30 days are Class C misdemeanors); 3571 (the fine for a Class C misdemeanor is up to $5,000). Additionally, a special assessment of $5 for each offense of conviction is mandatory. 18 U.S.C. § 3013(a)(1)(A)(i).

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

          By:   <u>*/s/ Matthew J. Del Mastro*</u>
                Matthew J. Del Mastro
                Special Assistant U.S. Attorney
                USA No. 203
                400 W. Washington Street, Suite 3100
                Orlando, Florida 32801
                Telephone:  (407) 648-7500
                Facsimile:   (407) 648-7643
                E-mail: Matthew.Del.Mastro@usdoj.gov

U.S. v. Gray and Metz                                    Case No. 6:23-mj-2348-EJK

# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    James T. Skuthan, Esq.
    Counsel for George Douglas Metz

    Katherine Henry, Esq.
    Standby Counsel for Joshua Joseph Gray

I further certify that I will cause a copy of the foregoing to be sent via email and United States Mail to the following non-CM/ECF participant:

    Joshua Joseph Gray

                              */s/ Matthew J. Del Mastro*
                              Matthew J. Del Mastro
                              Special Assistant U.S. Attorney
                              USA No. 203
                              400 W. Washington Street, Suite 3100
                              Orlando, Florida 32801
                              Telephone:  (407) 648-7500
                              Facsimile:   (407) 648-7643
                              E-mail: Matthew.Del.Mastro@usdoj.gov