# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 6:23-mj-2348-EJK

GEORGE DOUGLAS METZ

AUSA: Matthew Del Mastro

Defense Attorney: James Skuthan, Federal Public Defender

| JUDGE: | **EMBRY J. KIDD**<br>United States Magistrate Judge | DATE AND TIME: | **December 20, 2024**<br>9:48 A.M.-10:08 A.M.<br>10:21 A.M.-11:22 A.M. |
|---|---|---|---|
| Courtroom: | 4C | TOTAL TIME: | 1 hr and 19 minutes |
| DEPUTY CLERK: | Julie Reyes | REPORTER: | Amie Frist:<br>amiefirst.courtreporter.com |
| INTERPRETER: | N/A | PRETRIAL/PROB: | Tania Correa-Hernandez/Probation |

**CLERK'S MINUTES- RULING ON MOTIONS (DOC 54, 67)/SENTENCING**

Case called, appearances made, procedural setting by the Court.
Oral Motion to Dismiss Information (Doc 54)- Denied
Motion to Renew Defense Motion for Judgement of Acquittal and Closing Arguments (Doc 67) -Denied
Defense Renewed Oral Motion for Judgement of Acquittal- Denied

Defendant is adjudicated **guilty** as to counts 3, 4, 5, 6, 7, 8 of the Information.

Counsel addressed the Court.

**SENTENCE IMPOSED as to Counts 3, 4, 5, 6, 7, 8 of the Information**

**PROBATION: 6 months concurrent**
    Special Conditions of Probation:
Do not commit any Federal, State or Local crime.
Do not posses unlawful controlled substances. Drug Testing condition is suspended
Prohibit from entering Social Security Office with the exception of official business for one year.
Must notify the Court of any material change in economic circumstances that may affect the ability to pay the fine.

      Monthly allotment amount- $100.00

Defense- Oral Motion to Stay the imposition of the fine until after appeal is granted. No deposit is required.

**FINE: $500.00 per count $3,000 total**

**SPECIAL ASSESMENT: $5.00 per count**