**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                                                                 **Case No: 6:23-mj-02348-E_K-2**

**GEORGE DOUGLAS METZ,**

     **Defendant.**

_____/

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendant, George Douglas Metz, hereby appeals to the United States District Court from the Judgment filed in the above referenced case entered in this action on December 20, 2024, by the magistrate judge, under Fed. R. Crim. P. 58(g)(2)(B).  Doc. 85.

DATED this 3rd day of January 2025.

> Respectfully submitted,
>
> A. Fitzgerald Hall, Esq.
> Federal Defender, MDFL
>
> _/s/James T. Skuthan_
> James T. Skuthan, Esq.
> First Assistant Federal Defender
> Florida Bar No. 0544124
> 201 South Orange Avenue
> Suite 300
> Orlando, FL 32801
> Telephone: 407-648-6338
> Fax: 407-648-6095

E-Mail: jim_skuthan@fd.org

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to the United States Attorney's Office, this 3rd day of January 2025.

/s/James T. Skuthan
Attorney for Defendant