UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No: 6:23-mj-2348-JSS-UAM-2

GEORGE DOUGLAS METZ
_____/

**ORDER**

Pursuant to Federal Rule of Criminal Procedure 58(g)(2)(B), George Douglas Metz appeals the judgment (Dkt. 85) entered against him on December 20, 2024, by the magistrate judge to the district court. (Dkt. 89.)

Accordingly:

1. On or before February 14, 2025, Metz shall file in this court an appellant's brief that complies with Federal Rule of Appellate Procedure 28(a).

2. On or before March 21, 2025, the Government shall file in this court an appellee's brief that complies with Federal Rule of Appellate Procedure 28(b).

3. On or before April 11, 2025, Metz shall file in this court a reply brief that complies with Federal Rule of Appellate Procedure 28(c).

**ORDERED** in Orlando, Florida, on January 6, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record