# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                            **CASE: 6:23-mj-2348-JSS-UAM**

**GEORGE DOUGLAS METZ,**

        **Defendant.**

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE DEFENDANT'S APPELLANT BRIEF

Defendant George Douglas Metz, by and through undersigned counsel, and pursuant to Federal Rules Criminal Procedure 12(c)(2) and 58(g)(2)(B), Federal Rule of Appellate Procedure 27(b), and the further points and authorities set forth *infra*, hereby respectfully moves this Honorable Court to grant an extension of time to file the Appellant's Brief in the above-styled case. The following is set forth in support:

1. Mr. Metz was found guilty, following a bench trial, of three counts of violating 41 C.F.R. § 102-74.385 and three counts of violating 41 C.F.R. § 102.420. Doc. 85. Mr. Metz was sentence to six concurrent terms of six months' probation. *Id.* He is not currently incarcerated. Mr. Metz filed a timely notice of appeal. Doc 89.

2. On January 6, 2025, this Court order Mr. Met to file his appellant brief on or before February 14, 2025. Doc. 92. The Court Reporter worked diligently but completed the last volume of the transcript on Wednesday, January 29, 2025.

3. The undersigned counsel respectfully requests additional time to prepare and finalize the initial brief. In addition to working diligently on preparing Mr. Metz's initial brief,

undersigned counsel has devoted and will continue to devote substantial time to researching issues and drafting briefs in three cases on appeal before this Court and to drafting motions for post-conviction relief in over 180 cases involving Amendment 821 of the Sentencing Guideline.

4. Because of the undersigned counsel's pending caseload and to ensure Mr. Metz's appeal receives adequate attention, undersigned counsel respectfully requests that the Court grant an extension of time to file the initial brief.

5. This motion is made in good faith and is not for the purpose of delay.

6. Undersigned counsel contacted Assistant United States Attorney, Matthew Del Mastro, who advised that the United States does not object to the motion to extend the time to file the initial brief, provided that the time for the United States to file its appellee brief be extended commensurately.

WHEREFORE, Defendant George Douglas Metz respectfully requests that the Court extend the deadline for his appellant brief by thirty (30) days to March 18, 2025, and extend the deadline for the government to file its appellee brief by thirty (30) days to April 21, 2025.

Respectfully submitted this 3rd day of February 2025.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

/s/ *Sonthonax B. SaintGermain*
Sonthonax B. SaintGermain, Esq.
Research and Writing Attorney
Florida Bar No. 1039134
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
Sonthonax_SaintGermain@fd.org

2

**CERTIFICATE OF SERVICE**

I Hereby Certify that undersigned electronically filed the foregoing with the Clerk of Court (CM/ECF) by using the CM/ECF system, which will send a notice of electronic filing to Matthew Del Mastro, Assistant United States Attorney, this the 3rd day of February 2025.

/s/ *Sonthonax B. SaintGermain*
Sonthonax B. SaintGermain