UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:23-mj-02348-JSS-UAM

GEORGE DOUGLAS METZ

**UNITED STATES' UNOPPOSED MOTION
TO EXTEND TIME TO FILE APPELLEE BRIEF**

In accordance with Federal Rules of Criminal Procedure 45(b) and 58(g) and Federal Rule of Appellate Procedure 26(b), the United States respectfully requests an extension of time until June 20, 2025, to file its appellee brief. The government's brief is currently due on May 20, 2025 (Doc. 105).

The government needs additional time to review the defendant's appellant brief and the transcripts and respond to the defendant's arguments, one of which is raised for the first time on appeal. Counsel certifies that this motion is not filed for purposes of delay or failure to diligently pursue this matter.

**MEMORANDUM OF LAW**

A motion for an extension of time to engage in an action is committed to the sound discretion of this Court. Upon a showing of good cause, the Court may extend the time prescribed by its order to perform any act. Fed. R. Crim. P. 45(b) and Fed. R. App. P. 26(b).

The undersigned has conferred with counsel for the defendant, Sonthonax B. SaintGermain, Esq., who has no objection to this motion.

THEREFORE, the United States respectfully requests an extension of time until June 20, 2025, to file its appellee brief. The government further requests that the court extend the time for the defendant to file his reply brief to July 11, 2025.

    Respectfully submitted,

    GREGORY W. KEHOE
    United States Attorney

By:   /s/ *Matthew J. Del Mastro*
      Matthew J. Del Mastro
      Special Assistant United States Attorney
      USAO No. 203
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone: (407) 648-7500
      Facsimile: (407) 647-7643
      Email: matthew.del.mastro@usdoj.gov

**United States v. Metz**                          Case No. 6:23-mj-02348-JSS-UAM

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Sonthonax B. SaintGermain, Esq.
Counsel for Defendant

/s/ *Matthew J. Del Mastro*
Matthew J. Del Mastro
Special Assistant United States Attorney
USAO No. 203
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 647-7643
Email: matthew.del.mastro@usdoj.gov