UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. Case No: 6:23-mj-2348-JSS-UAM-2

GEORGE DOUGLAS METZ
_______________________________/

**ORDER**

Defendant, George Douglas Metz, moves to appeal in forma pauperis. (Dkt. 125.) In support of the motion, Metz provides his financial information and an affidavit stating non-frivolous issues for appeal. (*See id.*) Accordingly, pursuant to Federal Rule of Appellate Procedure 24(a), the motion (Dkt. 125) is **GRANTED**.

**ORDERED** in Orlando, Florida, on June 15, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Parties
Counsel of Record