**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 20, 2026

Federal Defender Organization - Middle District of Florida
Federal Public Defender's Office
Middle District of Florida
400 N TAMPA ST STE 2700
TAMPA, FL 33602

Melissa Fussell
Federal Public Defender's Office
Middle District of Florida
201 S ORANGE AVE STE 300
ORLANDO, FL 32801

George D. Metz II
4980 SE 140TH ST
SUMMERFIELD, FL 34491

Appeal Number: 26-12081-G
Case Style: USA v. George Metz, II
District Court Docket No: 6:23-mj-02348-JSS-UAM-2

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

For the Eleventh Circuit

No. 26-12081

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

GEORGE D. METZ, II,
a.k.a. Major Lee Awesome,

*Defendant-Appellant.*

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 6:23-mj-02348-JSS-UAM-2

Before NEWSOM, BRASHER, and ABUDU, Circuit Judges.

BY THE COURT:

On its own motion, the Court dismisses appeal no. 26-12081 as duplicative of the appeal pending in no. 26-12035. Appeal no. 26-12081 is DISMISSED.